IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CHRISTOPHER ALAN EVERETT            PLAINTIFF

v.          No. 1:19-cv-115-DPM-PSH

BRUCE WINSTON, Jailer, Independence
County Jail; CHRIS MORRIS, Jailer,
Independence County Jail; SHAWN
STEPHENS, Sheriff, Independence County;
and SISSY WILSON, Administrator,
Independence County Jail            DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation. *Doc. 72*; FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 59*, partly granted and partly denied. Everett's excessive force claim against Morris and Winston in their individual capacities will proceed to trial. All other claims are dismissed with prejudice. A Final Scheduling Order will issue.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

8 September 2021