IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CHRISTOPHER ALAN EVERETT                                      PLAINTIFF

v.                    No. 1:19-cv-115-DPM-PSH

BRUCE WINSTON, Jailer, Independence
County Jail; CHRIS MORRIS, Jailer,
Independence County Jail; SHAWN
STEPHENS, Sheriff, Independence County;
and SISSY WILSON, Administrator,
Independence County Jail                                      DEFENDANTS

## JUDGMENT

The case is dismissed with prejudice. The Court retains jurisdiction until 14 January 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

15 December 2021